**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nicholas Boom,                                   Case No.: 10cv4024 (SRN/SER)

       Plaintiff,

v.                                         **ORDER ON**
                                           **REPORT & RECOMMENDATION**

SRS & Associates, Inc.,

       Defendant.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, IT IS HEREBY ORDERED that:

1. This action be **DISMISSED WITHOUT PREJUDICE**.


Dated: 3-20-2012                                    s/ Joan N. Ericksen
                                                         Joan N. Ericksen
                                                         U.S. District Judge